FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2005 DEC 28 A 8:58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**M. RICHARD MELLON, and**
**DIESEL, LTD., an Oregon corporation,**

    Plaintiffs,

v.

                                                 Case No. 3:05-cv-303-J-20MMH

**WCI COMMUNITIES, INC., a Delaware**
**corporation, and HAMMOCK DUNES**
**REAL ESTATE COMPANY, a**
**Florida corporation,**

    Defendants.
_____/

## ORDER

Before the Court is the Parties' Notice of Voluntary Dismissal with Prejudice by Stipulation (Doc. No. 76, filed December 21, 2005). In accordance with the Stipulation, this case is **DISMISSED WITH PREJUDICE** as to all claims. Each party will bear its own fees and costs. The Clerk is directed to close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 27 day of December, 2005.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Casey K. Weidenmiller, Esq.
Stacey K. Sutton, Esq.

1

Joseph Ianno, Jr., Esq.
James M. Riley, Esq.
Sarah C. Herzog Crass, Esq.